# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>TONY RAY SANGREY,<br><br>                Defendant. | CR-20-10-GF-BMM<br><br><br>**ORDER** |

Defendant Tony Ray Sangrey has moved for early termination of his current term of supervised release. (Doc. 28.) The Court conducted a hearing on Sangrey's motion on March 9, 2026. (Doc. 32.) The Government opposes the motion. (Doc. 30.) The Court advised Sangrey that the Court will grant Sangrey's motion on June 9, 2026, if Sangrey remains violation free.

Sangrey pleaded guilty to possession with intent to distribute methamphetamine in violation of 18 U.S.C. §§ 841(a)(1). (Doc. 20.) The Court sentenced Sangrey to the custody of the Bureau of Prisons on August 19, 2022, for a term of 80 months' imprisonment with 5 years of supervised release to follow. (Doc. 26.) Sangrey began his term of supervised release in January 2024. (Doc. 30 at 3.)

1

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Sangrey's supervised release. Adequate punishment has been imposed that reflects the seriousness of Sangrey's offense. Sangrey served his term of imprisonment. Sangrey has completed two years of his supervised release term. Sangrey is scheduled to discharge from supervised release in January 2029. (Doc. 30 at 3.)

Adequate deterrence also appears to have been achieved. Sangrey has had no reported violations or noncompliance since beginning supervision in January 2024. (Doc. 28 at 1; Doc. 30 at 3.) Sangrey's United States Probation Officer "indicated [that] there ha[ve] been no issues on supervision." (Doc. 28 at 1.) Sangrey has exhibited that he is dedicated to his family and community. (*Id*. at 2.)

Further supervision appears unnecessary to protect the public from further criminal behavior by Sangrey. The early termination of Sangrey's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court

determines that it proves appropriate to terminate Sangrey's period of supervised release in June 2026, when Sangrey has completed 50% of his term of supervised release.

Accordingly, **IT IS HEREBY ORDERED** that Sangrey's Motion for Early Termination of Supervised Release (Doc. 28) is **GRANTED.** Sangrey's supervised release will be terminated on June 9, 2026, if Sangrey remains violation free.

DATED this 25th day of March, 2026.

_____
Brian Morris, Chief District Judge
United States District Court